IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**AIG BAKER ORANGE BEACH** )<br>**WHARF, L.L.C.,** )<br>)<br>Defendant. ) | CIVIL ACTION NO. 11-0126-CG-M |

## ORDER

After review of the pleadings filed in the above-styled action, the court notes that although counsel appeared on behalf of the defendant on April 1, 2011 (Doc. 5), the defendant has not filed a response to the plaintiff's complaint to date.

**On or before May 25, 2011**, AIG Baker Orange Beach Wharf, L.L.C., is directed to file its response to the complaint, or show cause by said date why it is unable to comply with Rule 12 of the Federal Rules of Civl Procedure.

**DONE and ORDERED** this 11th day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE