JONES LANG LASALLE®

3344 Peachtree Road, NE Suite 1200 Atlanta Georgia 30326
tel +1 404 995 2100  fax +1 404 995 2184

May 15, 2011

Charles R. Diard Jr.
District Court Clerk
US District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

FILED MAY 16 '11 AM 8:54 USDCALS

Re:  Case No. 11-00126-CG

Dear Clerk of Court:

Pursuant to the Court Order of the District Court for the Southern District of Alabama, Southern Division, entered on April 11, 2011 ("Receiver Order"), Greg Maloney, as Receiver, hereby submits his monthly report for April with respect to the receivership of the Property, as defined in the Receivership Order.

The undersigned Receiver hereby declares under penalty of perjury that the information set forth in the attached report is true and correct to the best of his knowledge, information and belief.

Please cause the aforementioned to be filed with the Court's records.

If you have any questions, or any problems with filing the aforementioned document, please call me directly at (404) 995-6492. Your assistance is greatly appreciated.

Respectfully submitted,

Gregory T. Maloney, solely in his capacity as Receiver for certain property of AIG Baker Orange Beach Wharf, L.L.C appointed by Order of the United States District Court for the Southern District of Alabama Southern Division

 JONES LANG LASALLE.

Ms. Brown
District Clerk
May 12, 2011
Page 2

Enclosure

cc: Sandy G. Robinson
CABANISS, JOHNSTON, GARDNER,
DUMAS & O'NEAL LLP
P. O. Box 2906
Mobile, AL 36652
Direct Dial: (251) 415-7308

Amy McMullen
AIG Baker
1701 Lee Branch Lane
Birmingham, AL 35242
205-972-9669

| 83500 | | Detail Income Statement |  | PAGE 1 |
|---|---|---|---|---|
| CUSTOM | | | | DATE 05/13/11 |
| 18768 | | | | TIME 04:11:31 |

## The Wharf
### For the Four Months Ending April 30, 2011

| Description | Cur Month Actual April | Cur Month Budget April | Favorable/ (Unfavor) Variance | YTD Actual April | YTD Budget April | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | |
| **RENTAL INCOME** | | | | | | |
| Minimum Rent | 242,689.14 | .00 | 242,689.14 | 926,224.52 | .00 | 926,224.52 |
| **TOTAL RENTAL INCOME** | **242,689.14** | **.00** | **242,689.14** | **926,224.52** | **.00** | **926,224.52** |
| **TENANT REIMB INCOME** | | | | | | |
| CAM Income | 35,550.29 | .00 | 35,550.29 | 150,048.54 | .00 | 150,048.54 |
| Real Estate Taxes Reimb. | 15,296.63 | .00 | 15,296.63 | 61,306.99 | .00 | 61,306.99 |
| Ins. Reimb. | 14,925.12 | .00 | 14,925.12 | 59,816.32 | .00 | 59,816.32 |
| **TOTAL OTHER REIMB INCOME** | **65,772.04** | **.00** | **65,772.04** | **271,171.85** | **.00** | **271,171.85** |
| Misc NonOper Income | .00 | .00 | .00 | 329.28 | .00 | 329.28 |
| Prior Yr Income Adj | 1,040.84 | .00 | 1,040.84 | 1,040.84 | .00 | 1,040.84 |
| **Total Miscellaneous Income** | **1,040.84** | **.00** | **1,040.84** | **1,370.12** | **.00** | **1,370.12** |
| **TOTAL INC FROM OPERATIONS** | **309,502.02** | **.00** | **309,502.02** | **1,198,766.49** | **.00** | **1,198,766.49** |
| **EXPENSES** | | | | | | |
| **REIMBURSED EXPENSES** | | | | | | |
| **Common Area Expenses** | | | | | | |
| R&M-Travel Costs | .00 | .00 | .00 | 124.95 | .00 | <124.95> |
| R&M-Fire Supp/Sprinkler | 580.00 | .00 | <580.00> | 580.00 | .00 | <580.00> |
| R&M-Supplies | 17.26 | .00 | <17.26> | 17.26 | .00 | <17.26> |
| R&M-Contracted Services | .00 | .00 | .00 | 16,519.17 | .00 | <16,519.17> |
| R&M-Trash Removal | 6,557.77 | .00 | <6,557.77> | 23,733.01 | .00 | <23,733.01> |
| R&M-Elevator & Escalator | 21,247.42 | .00 | <21,247.42> | 21,247.42 | .00 | <21,247.42> |
| R&M-Sweeping | 585.00 | .00 | <585.00> | 2,210.00 | .00 | <2,210.00> |
| **Total R&M Exp** | **28,987.45** | **.00** | **<28,987.45>** | **64,431.81** | **.00** | **<64,431.81>** |
| R&M-Pay/Wages | 8,328.60 | .00 | <8,328.60> | 52,401.05 | .00 | <52,401.05> |
| R&M-Other Services | <10,606.36> | .00 | 10,606.36 | 2,473.31 | .00 | <2,473.31> |
| **Total Janitorial** | **<2,277.76>** | **.00** | **2,277.76** | **54,874.36** | **.00** | **<54,874.36>** |
| Utilities-Electricity | 20,972.40 | .00 | <20,972.40> | 54,539.61 | .00 | <54,539.61> |
| Utilities-Gas | .00 | .00 | .00 | 55.34 | .00 | <55.34> |
| Utilities-Water & Sewer | 26,362.17 | .00 | <26,362.17> | 48,411.97 | .00 | <48,411.97> |
| Utilities-Sewer | <6,072.00> | .00 | 6,072.00 | 891.00 | .00 | <891.00> |
| Utilities-Fire | .00 | .00 | .00 | 1,005.00 | .00 | <1,005.00> |
| **Total Utilities** | **41,262.57** | **.00** | **<41,262.57>** | **104,902.92** | **.00** | **<104,902.92>** |
| Interior Landscaping | 2,050.00 | .00 | <2,050.00> | 12,300.00 | .00 | <12,300.00> |
| **Total Landscaping** | **2,050.00** | **.00** | **<2,050.00>** | **12,300.00** | **.00** | **<12,300.00>** |
| Security-Ext Pay/Wages | .00 | .00 | .00 | 296.13 | .00 | <296.13> |
| Security-Ext Contract Servi | 65.00 | .00 | <65.00> | 25,748.31 | .00 | <25,748.31> |
| **Total Security** | **65.00** | **.00** | **<65.00>** | **26,044.44** | **.00** | **<26,044.44>** |

83500
CUSTOM
18768
Detail Income Statement
PAGE 2
DATE 05/13/11
TIME 04:11:31

### The Wharf
### For the Four Months Ending April 30, 2011

| Description | Cur Month Actual April | Cur Month Budget April | Favorable/ (Unfavor) Variance | YTD Actual April | YTD Budget April | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| Admin-Equipment | 216.45 | .00 | <216.45> | 216.45 | .00 | <216.45> |
| Admin-Telephone | 1,825.86 | .00 | <1,825.86> | 1,825.86 | .00 | <1,825.86> |
| Admin-Music/Communication | 75.90 | .00 | <75.90> | 75.90 | .00 | <75.90> |
| **Total Administration** | **2,118.21** | **.00** | **<2,118.21>** | **2,118.21** | **.00** | **<2,118.21>** |
| **TOTAL COMMON AREA EXP** | **72,205.47** | **.00** | **<72,205.47>** | **264,671.74** | **.00** | **<264,671.74>** |
| Real Estate Tax Expense | 26,837.49 | .00 | <26,837.49> | 101,689.47 | .00 | <101,689.47> |
| **Sale of Utilities** | | | | | | |
| Insurance-General Liab | 2,628.83 | .00 | <2,628.83> | 2,628.83 | .00 | <2,628.83> |
| Insurance-Property | 59,025.15 | .00 | <59,025.15> | 206,315.79 | .00 | <206,315.79> |
| **Total Other Reimb Expenses** | **61,653.98** | **.00** | **<61,653.98>** | **208,944.62** | **.00** | **<208,944.62>** |
| **TOTAL REIMB EXPENSES** | **160,696.94** | **.00** | **<160,696.94>** | **575,305.83** | **.00** | **<575,305.83>** |
| **OWNERS EXPENSES** | | | | | | |
| NonAdmssn/Doubtful Accts | .00 | .00 | .00 | 782,070.06 | .00 | <782,070.06> |
| Mgmt Fees - JLL | 6,000.00 | .00 | <6,000.00> | 17,688.77 | .00 | <17,688.77> |
| **Management Fees** | **6,000.00** | **.00** | **<6,000.00>** | **17,688.77** | **.00** | **<17,688.77>** |
| **Professional Fees** | | | | | | |
| Legal Fees-Other | <10,643.00> | .00 | 10,643.00 | 921.00 | .00 | <921.00> |
| Prof Fees-Other | <250.00> | .00 | 250.00 | 2,013.75 | .00 | <2,013.75> |
| **Professional Fees** | **<10,893.00>** | **.00** | **10,893.00** | **2,934.75** | **.00** | **<2,934.75>** |
| **Marketing Expenses** | | | | | | |
| **Administrative** | | | | | | |
| **General Marketing** | | | | | | |
| **Advertising** | | | | | | |
| Advertising-Special Event | 710.00 | .00 | <710.00> | 710.00 | .00 | <710.00> |
| **Total Property Mkt Expenses** | **710.00** | **.00** | **<710.00>** | **710.00** | **.00** | **<710.00>** |
| **Total Marketing Expenses** | **710.00** | **.00** | **<710.00>** | **710.00** | **.00** | **<710.00>** |
| **Miscellaneous Expenses** | | | | | | |
| **Owner's R&M** | | | | | | |
| Non-Recoverable Rep&Maint | 357.77 | .00 | <357.77> | 357.77 | .00 | <357.77> |
| Owner's R&M-Misc | .00 | .00 | .00 | 129.32 | .00 | <129.32> |
| Owner's Adm-Pay/Benefits | .00 | .00 | .00 | 683.98 | .00 | <683.98> |
| **Owner's Utilities** | | | | | | |
| Owner's Util-Electric | .00 | .00 | .00 | 150.00 | .00 | <150.00> |
| Owner's Util-Gas | 60.88 | .00 | <60.88> | 175.34 | .00 | <175.34> |
| **Other Owner's Expenses** | | | | | | |
| Adm Other-Telephone | .00 | .00 | .00 | 1,596.39 | .00 | <1,596.39> |
| Owner's Adm-Equipment | .00 | .00 | .00 | 1,309.95 | .00 | <1,309.95> |
| Owner's Adm-Office Exp | <13.54> | .00 | 13.54 | <13.54> | .00 | 13.54 |

| 83500 CUSTOM 18768 | | Detail Income Statement | | | | PAGE 3 DATE 05/13/11 TIME 04:11:31 |

**The Wharf**
**For the Four Months Ending April 30, 2011**

| Description | Cur Month Actual April | Cur Month Budget April | Favorable/ (Unfavor) Variance | YTD Actual April | YTD Budget April | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| Owner's Adm-Telephone | .00 | .00 | .00 | 8,025.72 | .00 | <8,025.72> |
| Owner's Adm-Postage | 159.84 | .00 | <159.84> | 159.84 | .00 | <159.84> |
| Owner's Adm-Travel Costs | .00 | .00 | .00 | 156.80 | .00 | <156.80> |
| Owner's Adm-Misc | .00 | .00 | .00 | 2,448.16 | .00 | <2,448.16> |
| Total Owners Operation Exp | 564.95 | .00 | <564.95> | 15,179.73 | .00 | <15,179.73> |
| **Owner's Misc. Expenses** | | | | | | |
| Total Owner's Expenses | <3,618.05> | .00 | 3,618.05 | 818,583.31 | .00 | <818,583.31> |
| TOTAL OPERATING EXPENSES | 157,078.89 | .00 | <157,078.89> | 1,393,889.14 | .00 | <1,393,889.14> |
| NET OPERATING INCOME | | | | | | |
| BEFORE INTEREST & DEPR | | | | | | |
| INCOME & EXPENSE | 152,423.13 | .00 | 152,423.13 | <195,122.65> | .00 | <195,122.65> |
| **Realized Gain/Loss on R/E** | | | | | | |
| Int Expense | .00 | .00 | .00 | 536,999.99 | .00 | <536,999.99> |
| Deprec Exp-Building | .00 | .00 | .00 | 43,468.53 | .00 | <43,468.53> |
| Deprec Exp-Bldg Improve | 13,754.70 | .00 | <13,754.70> | 14,909.43 | .00 | <14,909.43> |
| Deprec Exp-FF&E | 1,696.47 | .00 | <1,696.47> | 6,785.88 | .00 | <6,785.88> |
| Deprec Exp-Tenant Imp Init | 66,538.16 | .00 | <66,538.16> | 265,039.97 | .00 | <265,039.97> |
| Deprec Exp-Land Improve | 8,146.65 | .00 | <8,146.65> | 32,571.60 | .00 | <32,571.60> |
| NET INCOME | 62,287.15 | .00 | 62,287.15 | <1,094,898.05> | .00 | <1,094,898.05> |

Note: (1) applies to Deprec Exp-Building and Deprec Exp-Bldg Improve YTD Actual. (2) applies to Deprec Exp-FF&E YTD Actual.

Footnotes:
(1) Depreciation Expense - Building & Building Improvements:
Building Asset was not previously booked on the properties books and amounts being depreciated are related to Building Improvement asset based on previous classification by borrower. JLL was not able to obtain any additional information regarding these asset balances and therefore is unable to support the YTD depreciation expense at this time.
(2) Depreciation Expense - all other FXA accounts:
Depreciation expense was booked based on schedules obtained from borrower. JLL to do further research into asset balances for all accounts to ensure we agree with treatment of all fixed assets.

```
83500                                                              PAGE  1
CUSTOM                      Detail Income Statement                DATE  05/13/11
18769IS                                                            TIME  07:37:12
```

## The Wharf Ferris Wheel
### For the Four Months Ending April 30, 2011

| Description | Cur Month Actual April | Cur Month Budget April | Favorable/ (Unfavor) Variance | YTD Actual April | YTD Budget April | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| **INCOME:** | | | | | | |
| **RENTAL INCOME** | | | | | | |
| **TENANT REIMB INCOME** | | | | | | |
| Misc Operating Income | 1,183.75 | .00 | 1,183.75 | 1,183.75 | .00 | 1,183.75 |
| Merchandies Sales | .00 | .00 | .00 | 370.93 | .00 | 370.93 |
| Ferris Wheel Ticket Sales | 4,362.73 | .00 | 4,362.73 | 15,807.20 | .00 | 15,807.20 |
| **Total Miscellaneous Income** | 5,546.48 | .00 | 5,546.48 | 17,361.88 | .00 | 17,361.88 |
| **TOTAL INC FROM OPERATIONS** | 5,546.48 | .00 | 5,546.48 | 17,361.88 | .00 | 17,361.88 |
| **EXPENSES** | | | | | | |
| **REIMBURSED EXPENSES** | | | | | | |
| **Common Area Expenses** | | | | | | |
| R&M-Other Services | .00 | .00 | .00 | 260.51 | .00 | <260.51> |
| **Total Janitorial** | .00 | .00 | .00 | 260.51 | .00 | <260.51> |
| Utilities-Sewer | .00 | .00 | .00 | 28.00 | .00 | <28.00> |
| **Total Utilities** | .00 | .00 | .00 | 28.00 | .00 | <28.00> |
| Direct Costs Subcontract | .00 | .00 | .00 | 18,522.91 | .00 | <18,522.91> |
| LOGO Merchandies COG | .00 | .00 | .00 | 215.93 | .00 | <215.93> |
| **Total Other Common Area** | .00 | .00 | .00 | 18,738.84 | .00 | <18,738.84> |
| Admin-Other Tax & lic Fee | 174.51 | .00 | <174.51> | 174.51 | .00 | <174.51> |
| **Total Administration** | 174.51 | .00 | <174.51> | 174.51 | .00 | <174.51> |
| **TOTAL COMMON AREA EXP** | 174.51 | .00 | <174.51> | 19,201.86 | .00 | <19,201.86> |
| Real Estate Tax Expense | 108.24 | .00 | <108.24> | 108.24 | .00 | <108.24> |
| **Sale of Utilities** | | | | | | |
| Insurance-General Liab | 1,003.03 | .00 | <1,003.03> | 4,012.12 | .00 | <4,012.12> |
| Other Insurance | .00 | .00 | .00 | .02 | .00 | <.02> |
| **Total Other Reimb Expenses** | 1,003.03 | .00 | <1,003.03> | 4,012.14 | .00 | <4,012.14> |
| **TOTAL REIMB EXPENSES** | 1,285.78 | .00 | <1,285.78> | 23,322.24 | .00 | <23,322.24> |
| **OWNERS EXPENSES** | | | | | | |
| **Professional Fees** | | | | | | |
| **Marketing Expenses** | | | | | | |
| **Administrative** | | | | | | |
| **General Marketing** | | | | | | |
| **Advertising** | | | | | | |
| **Miscellaneous Expenses** | | | | | | |
| **Owner's R&M** | | | | | | |
| Owner's R&M-Equipment | 130.29 | .00 | <130.29> | 361.29 | .00 | <361.29> |
| Owner's R&M-Misc | .00 | .00 | .00 | 500.50 | .00 | <500.50> |
| Non-Recoverable Admin Exp | .00 | .00 | .00 | 889.39 | .00 | <889.39> |

83500
CUSTOM
18769IS

Detail Income Statement

PAGE 2
DATE 05/13/11
TIME 07:37:12

## The Wharf Ferris Wheel
### For the Four Months Ending April 30, 2011

| Description | Cur Month Actual April | Cur Month Budget April | Favorable/ (Unfavor) Variance | YTD Actual April | YTD Budget April | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| **Owner's Utilities** | | | | | | |
| Owner's Util-Electric | 348.00 | .00 | <348.00> | 1,030.00 | .00 | <1,030.00> |
| Owner's Util-Sewer | .00 | .00 | .00 | 56.84 | .00 | <56.84> |
| **Other Owner's Expenses** | | | | | | |
| Owner's Adm-Equipment | .00 | .00 | .00 | 150.00 | .00 | <150.00> |
| Owner's Adm-Office Exp | .00 | .00 | .00 | 460.37 | .00 | <460.37> |
| Owner's Adm-Telephone | 73.62 | .00 | <73.62> | 216.18 | .00 | <216.18> |
| Owner's Adm-Misc | 38.97 | .00 | <38.97> | 423.59 | .00 | <423.59> |
| **Total Owners Operation Exp** | 590.88 | .00 | <590.88> | 4,088.16 | .00 | <4,088.16> |
| **Owner's Misc. Expenses** | | | | | | |
| Personal Property Tax | .00 | .00 | .00 | 2,080.00 | .00 | <2,080.00> |
| **Total Owner's Misc Expense** | .00 | .00 | .00 | 2,080.00 | .00 | <2,080.00> |
| **Total Owner's Expenses** | 590.88 | .00 | <590.88> | 6,168.16 | .00 | <6,168.16> |
| **TOTAL OPERATING EXPENSES** | 1,876.66 | .00 | <1,876.66> | 29,490.40 | .00 | <29,490.40> |
| **NET OPERATING INCOME** | | | | | | |
| **BEFORE INTEREST & DEPR** | | | | | | |
| **INCOME & EXPENSE** | 3,669.82 | .00 | 3,669.82 | <12,128.52> | .00 | <12,128.52> |
| **Realized Gain/Loss on R/E** | | | | | | |
| Depc Exp-Ferris Wheel | 20,806.77 | .00 | <20,806.77> | 83,227.08 | .00 | <83,227.08> |
| Discounts Earned | <27.10> | .00 | 27.10 | <43.76> | .00 | 43.76 |
| **NET INCOME** | <17,109.85> | .00 | <17,109.85> | <95,311.84> | .00 | <95,311.84> |