### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JP MORGAN CHASE BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-0126-CG-M** |
| | ) | |
| **AIG BAKER ORANGE BEACH** | ) | |
| **WHARF, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

By order of May 11, 2011, the defendant was directed to either file its response to the plaintiff's complaint, or show cause why it was unable to comply with Rule 12 of the Federal Rules of Civil Procedure. The defendant has neither filed its response to the complaint, nor has it filed a show cause response to date. The court construes the defendant's non-response as a concession to the plaintiff's claims.

**On or before June 21, 2011,** the plaintiff is **ORDERED** to submit a request for the clerk to enter default as to the defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 7th day of June, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE