

### JONES LANG LASALLE

Jones Lang LaSalle Americas, Retail
Retail
3344 Peachtree Road, Suite 1200, Atlanta, GA  30326
tel +1 404 995 2100  fax +1 404 233 0817

FILED DEC 15 '11 AM10:07 USDCALS

December 13, 2011

Charles R. Diard Jr.
District Court Clerk
US District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

      Re:  Case No. 11-00126-CG

Dear Clerk of Court:

Pursuant to the Court Order of the District Court for the Southern District of Alabama, Southern Division, entered on April 11, 2011 ("Receiver Order"), Greg Maloney, as Receiver, hereby submits his monthly report for November with respect to the receivership of the Property, as defined in the Receivership Order.

The undersigned Receiver hereby declares under penalty of perjury that the information set forth in the attached report is true and correct to the best of his knowledge, information and belief.

Please cause the aforementioned to be filed with the Court's records.

If you have any questions, or any problems with filing the aforementioned document, please call me directly at (404) 995-6492. Your assistance is greatly appreciated.

Respectfully submitted,

*[signature]*

Gregory T. Maloney, solely in his capacity as Receiver for certain property of AIG Baker Orange Beach Wharf, L.L.C appointed by Order of the United States District Court for the Southern District of Alabama Southern Division

Ms. Brown
District Clerk
December 13, 2011
Page 2


Enclosure

        cc:    Sandy G. Robinson
              CABANISS, JOHNSTON, GARDNER,
              DUMAS & O'NEAL LLP
              P. O. Box 2906
              Mobile, AL 36652
              Direct Dial: (251) 415-7308

              Amy McMullen
              AIG Baker
              1701 Lee Branch Lane
              Birmingham, AL 35242
              205-972-9669

```
83500                                                              PAGE    1
CUSTOM                    Detail Income Statement                  DATE  12/05/11
18768                                                              TIME  14:56:54
```

## The Wharf
### For the Eleven Months Ending November 30, 2011

| Description | Cur Month Actual November | Cur Month Budget November | Favorable/ (Unfavor) Variance | YTD Actual November | YTD Budget November | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| **INCOME:** | | | | | | |
| **RENTAL INCOME** | | | | | | |
| Minimum Rent | 230,271.17 | 209,748.20 | 20,522.97 | 2,517,764.08 | 2,559,477.98 | <41,713.90> |
| Percentage Rent | .00 | .00 | .00 | <37,808.40> | <37,808.40> | .00 |
| **TOTAL RENTAL INCOME** | **230,271.17** | **209,748.20** | **20,522.97** | **2,479,955.68** | **2,521,669.58** | **<41,713.90>** |
| **TENANT REIMB INCOME** | | | | | | |
| CAM Income | 34,574.58 | 34,884.32 | <309.74> | 365,694.91 | 396,796.58 | <31,101.67> |
| Water/Sewer Inc | 6,044.00 | 5,596.00 | 448.00 | 38,500.00 | 41,300.00 | <2,800.00> |
| Real Estate Taxes Reimb | 14,912.26 | 23,338.06 | <8,425.80> | 155,060.31 | 229,718.86 | <74,658.55> |
| Insurance Reimb Income | 14,368.96 | 42,590.59 | <28,221.63> | 150,548.63 | 371,615.00 | <221,066.37> |
| **TOTAL TEN REIMB INCOME** | **69,899.80** | **106,408.97** | **<36,509.17>** | **709,803.85** | **1,039,430.44** | **<329,626.59>** |
| **OTHER INCOME** | | | | | | |
| Specialty Leasing | 2,710.83 | .00 | 2,710.83 | 10,499.49 | .00 | 10,499.49 |
| Misc Operating Income | .00 | .00 | .00 | 15,476.98 | .00 | 15,476.98 |
| Misc NonOper Income | .00 | .00 | .00 | 329.28 | 329.28 | .00 |
| Prior Yr Income Adj | .00 | .00 | .00 | 1,040.84 | 1,040.84 | .00 |
| **TOTAL OTHER INCOME** | **2,710.83** | **.00** | **2,710.83** | **27,346.59** | **1,370.12** | **25,976.47** |
| **TOTAL INC FROM OPERATIONS** | **302,881.80** | **316,157.17** | **<13,275.37>** | **3,217,106.12** | **3,562,470.14** | **<345,364.02>** |
| **EXPENSES** | | | | | | |
| **REIMBURSED EXPENSES** | | | | | | |
| **Common Area Expenses** | | | | | | |
| R&M-Travel Costs | .00 | .00 | .00 | 124.95 | 124.95 | .00 |
| R&M-Fire Supp/Sprinkler | .00 | .00 | .00 | 2,077.00 | 580.00 | <1,497.00> |
| R&M-Plumbing | 686.00 | .00 | <686.00> | 3,147.60 | .00 | <3,147.60> |
| R&M-Other Services | .00 | .00 | .00 | 2,473.31 | 2,473.31 | .00 |
| R&M-Supplies | 206.46 | 300.00 | 93.54 | 3,768.56 | 2,117.26 | <1,651.30> |
| R&M-Small Equipment | .00 | .00 | .00 | 300.00 | .00 | <300.00> |
| R&M-Maintenance Supplies | 347.50 | .00 | <347.50> | 2,057.50 | .00 | <2,057.50> |
| R&M-Electrical Supplies | .00 | 150.00 | 150.00 | 182.00 | 1,050.00 | 868.00 |
| R&M-Plumbing Supplies | .00 | 150.00 | 150.00 | .00 | 1,050.00 | 1,050.00 |
| R&M-Contracted Services | .00 | 400.00 | 400.00 | 16,519.17 | 17,719.17 | 1,200.00 |
| R&M-Trash Removal | 6,497.69 | 5,000.00 | <1,497.69> | 68,407.87 | 58,733.01 | <9,674.86> |
| R&M-Elevator & Escalator | <9,723.71> | .00 | 9,723.71 | 54,801.85 | 63,739.42 | 8,937.57 |
| R&M-Roof | .00 | 1,000.00 | 1,000.00 | .00 | 4,000.00 | 4,000.00 |
| R&M-Plumbing | <686.00> | 250.00 | 936.00 | .00 | 1,000.00 | 1,000.00 |
| R&M-Electric | 9,620.10 | 500.00 | <9,120.10> | 25,250.51 | 2,000.00 | <23,250.51> |
| R&M-Parking lights | .00 | .00 | .00 | .00 | 2,250.00 | 2,250.00 |
| R&M-Parking Lot | .00 | .00 | .00 | .00 | 2,000.00 | 2,000.00 |

```
83500                                                          PAGE   2
CUSTOM                    Detail Income Statement              DATE   12/05/11
18768                                                          TIME   14:56:54
```

## The Wharf
### For the Eleven Months Ending November 30, 2011

| Description | Cur Month Actual November | Cur Month Budget November | Favorable/ (Unfavor) Variance | YTD Actual November | YTD Budget November | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| R&M-Building | .00 | 500.00 | 500.00 | .00 | 3,500.00 | 3,500.00 |
| R&M-Sidewalks & Curbs | .00 | 200.00 | 200.00 | .00 | 1,400.00 | 1,400.00 |
| Clean-Pest Control | <1,040.00> | 250.00 | 1,290.00 | 2,380.00 | 1,750.00 | <630.00> |
| Janitorial | .00 | .00 | .00 | 557.54 | .00 | <557.54> |
| Janitorial-Supplies | .00 | .00 | .00 | 1,292.66 | .00 | <1,292.66> |
| R&M-Pay/Wages | 16,386.24 | 16,807.00 | 420.76 | 124,567.91 | 125,681.47 | 1,113.56 |
| R&M-Contracted Services | .00 | .00 | .00 | 1,200.00 | .00 | <1,200.00> |
| R&M-Cleaning | 478.98 | 1,000.00 | 521.02 | 15,135.62 | 19,500.00 | 4,364.38 |
| R&M-Sweeping | .00 | 500.00 | 500.00 | 10,920.00 | 9,710.00 | <1,210.00> |
| Utilities-Electricity | <464.37> | 10,598.00 | 11,062.37 | 151,350.49 | 128,725.61 | <22,624.88> |
| Utilities-Gas | .00 | .00 | .00 | 430.87 | 55.34 | <375.53> |
| Utilities-Water & Sewer | 190,094.25 | 7,000.00 | <183,094.25> | 356,646.90 | 97,411.97 | <259,234.93> |
| Utilities-Sewer | .00 | .00 | .00 | 891.00 | 891.00 | .00 |
| Utilities-Fire | .00 | 260.00 | 260.00 | 1,005.00 | 2,825.00 | 1,820.00 |
| Landscape-Contr Services | .00 | 4,249.00 | 4,249.00 | 28,590.00 | 42,043.00 | 13,453.00 |
| Landscape-Supplies | .00 | 1,000.00 | 1,000.00 | 1,848.00 | 4,000.00 | 2,152.00 |
| Landscape-Misc | 5,798.29 | .00 | <5,798.29> | 5,798.29 | .00 | <5,798.29> |
| Security-Pay/Wages Ext | .00 | .00 | .00 | 296.13 | 296.13 | .00 |
| Security-Contract Serv Ext | 19,512.65 | 7,744.00 | <11,768.65> | 118,994.13 | 79,956.31 | <39,037.82> |
| Security-Supplies Ext | 217.91 | .00 | <217.91> | 1,478.44 | .00 | <1,478.44> |
| Admin-Office Expenses | .00 | .00 | .00 | 2,886.22 | .00 | <2,886.22> |
| Admin-Music/Communication | 132.30 | .00 | <132.30> | 1,428.88 | .00 | <1,428.88> |
| Admin-Equipment | <97.75> | .00 | 97.75 | 1,327.95 | 216.45 | <1,111.50> |
| Admin-Mgmt Expenses | 189.21 | .00 | <189.21> | 1,197.24 | .00 | <1,197.24> |
| Admin-Telephone | .00 | 200.00 | 200.00 | 4,085.38 | 3,225.86 | <859.52> |
| Admin-Travel Costs | .00 | 500.00 | 500.00 | .00 | 3,500.00 | 3,500.00 |
| Admin-Dues, Memb & Subs | .00 | 100.00 | 100.00 | .00 | 700.00 | 700.00 |
| Admin-Postage | .00 | 125.00 | 125.00 | .00 | 875.00 | 875.00 |
| Admin-Music/Communication | 111.03 | .00 | <111.03> | 606.03 | 75.90 | <530.13> |

| 83500 CUSTOM 18768 | | Detail Income Statement | | | | PAGE 3 DATE 12/05/11 TIME 14:56:54 |

**The Wharf**
**For the Eleven Months Ending November 30, 2011**

| Description | Cur Month Actual November | Cur Month Budget November | Favorable/ (Unfavor) Variance | YTD Actual November | YTD Budget November | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| TOTAL CAM EXPENSES | 238,266.78 | 58,783.00 | <179,483.78> | 1,014,025.00 | 685,176.16 | <328,848.84> |
| **Food Court Expenses** | | | | | | |
| **Office Bldg Cam Expenses** | | | | | | |
| Real Estate Tax Expense | 31,443.09 | 343,596.00 | 312,152.91 | 294,157.50 | 445,285.47 | 151,127.97 |
| **Sale of Utilities** | | | | | | |
| **Other Reimb. Expenses** | | | | | | |
| Insurance-General Liab | 3,542.03 | .00 | <3,542.03> | 24,694.26 | 39,690.75 | 14,996.49 |
| Insurance-Property | 50,016.08 | .00 | <50,016.08> | 547,111.51 | 747,665.06 | 200,553.55 |
| Other Reimb Expenses | 53,558.11 | .00 | <53,558.11> | 571,805.77 | 787,355.81 | 215,550.04 |
| TOTAL REIMB EXPENSES | 323,267.98 | 402,379.00 | 79,111.02 | 1,879,988.27 | 1,917,817.44 | 37,829.17 |
| **OWNERS EXPENSES** | | | | | | |
| Bad Debt Expense | 201,632.48 | 275,967.00 | 74,334.52 | 2,523,558.01 | 2,864,984.06 | 341,426.05 |
| Mgmt Fees - JLL | 18,195.33 | 9,000.00 | <9,195.33> | 166,828.62 | 80,688.77 | <86,139.85> |
| **Professional Fees** | | | | | | |
| Legal Fees-Other | .00 | .00 | .00 | 921.00 | 921.00 | .00 |
| Legal-Oth Fees Outs Counsel | 16,113.05 | .00 | <16,113.05> | 50,451.14 | .00 | <50,451.14> |
| Prof Fees-Other | .00 | 125.00 | 125.00 | 2,013.75 | 2,888.75 | 875.00 |
| Professional Fees | 16,113.05 | 125.00 | <15,988.05> | 53,385.89 | 3,809.75 | <49,576.14> |
| **Marketing Expenses** | | | | | | |
| **Administrative** | | | | | | |
| Marketing-Supplies | .00 | .00 | .00 | 4,016.75 | .00 | <4,016.75> |
| **General Marketing** | | | | | | |
| **Advertising** | | | | | | |
| Advertising-Special Event | .00 | .00 | .00 | 710.00 | 710.00 | .00 |
| Total Property Mkt Expenses | .00 | .00 | .00 | 4,726.75 | 710.00 | <4,016.75> |
| Total Owner Mkt Expenses | .00 | 750.00 | 750.00 | 50.00 | 5,250.00 | 5,200.00 |
| Marketing Expenses | .00 | 750.00 | 750.00 | 4,776.75 | 5,960.00 | 1,183.25 |
| **Miscellaneous Expenses** | | | | | | |
| **Owner's R&M** | | | | | | |
| Non-Recoverable Rep&Maint | .00 | .00 | .00 | 2,323.07 | 357.77 | <1,965.30> |
| Owner's R&M-Supplies | .00 | 100.00 | 100.00 | .00 | 700.00 | 700.00 |
| Owner's R&M-Office Supply | .00 | .00 | .00 | 3,218.81 | .00 | <3,218.81> |
| Owner's R&M-Misc | 151.40 | 125.00 | <26.40> | 711.50 | 1,004.32 | 292.82 |
| R&M-Signs | .00 | 100.00 | 100.00 | .00 | 700.00 | 700.00 |
| Owner's R&M-Roof | .00 | 500.00 | 500.00 | .00 | 2,000.00 | 2,000.00 |
| Owner's Adm-Pay/Benefits | .00 | .00 | .00 | 683.98 | 683.98 | .00 |

| 83500 CUSTOM 18768 | | Detail Income Statement | | | | | PAGE 4 DATE 12/05/11 TIME 14:56:54 |

### The Wharf
### For the Eleven Months Ending November 30, 2011

| Description | Cur Month Actual November | Cur Month Budget November | Favorable/ (Unfavor) Variance | YTD Actual November | YTD Budget November | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| **Owner's Utilities** | | | | | | |
| Owner's Util-Electric | <162.19> | 2,000.00 | 2,162.19 | 2,000.91 | 14,150.00 | 12,149.09 |
| Owner's Util-HVAC | .00 | .00 | .00 | 715.00 | .00 | <715.00> |
| Owner's Util-Gas | .00 | .00 | .00 | 236.22 | 175.34 | <60.88> |
| Owner's Util-Water/Sewer | .00 | 100.00 | 100.00 | 14.64 | 700.00 | 685.36 |
| **Other Owner's Expenses** | | | | | | |
| Adm Other-Telephone | .00 | 300.00 | 300.00 | 1,639.35 | 3,696.39 | 2,057.04 |
| Adm Other-Service Charge | 1.80 | .00 | <1.80> | 1,039.35 | .00 | <1,039.35> |
| Owner's Adm-Equipment | .00 | .00 | .00 | 2,757.03 | 1,309.95 | <1,447.08> |
| Owner's Adm-Office Exp | .00 | .00 | .00 | 108.14 | <13.54> | <121.68> |
| Owner's Adm-Telephone | .00 | .00 | .00 | 18,005.54 | 8,025.72 | <9,979.82> |
| Owner's AdmPostage | .00 | 50.00 | 50.00 | 1,185.77 | 509.84 | <675.93> |
| Owner's AdmTravel Costs | .00 | .00 | .00 | 3,589.62 | 156.80 | <3,432.82> |
| Owner's Adm-Misc | 1,778.07 | 10,000.00 | 8,221.93 | 5,480.94 | 72,600.16 | 67,119.22 |
| **Owners Operation Exp** | **1,769.08** | **13,275.00** | **11,505.92** | **43,709.87** | **106,756.73** | **63,046.86** |
| **Owner's Misc Expenses** | | | | | | |
| Non-Recover-Misc-Prior Yr | .00 | .00 | .00 | <569.34> | .00 | 569.34 |
| **TOTAL OWNERS EXPENSE** | **237,709.94** | **299,117.00** | **61,407.06** | **2,791,689.80** | **3,062,199.31** | **270,509.51** |
| **TOTAL OPERATING EXPENSES** | **560,977.92** | **701,496.00** | **140,518.08** | **4,671,678.07** | **4,980,016.75** | **308,338.68** |
| **NET OPERATING INCOME** | | | | | | |
| **BEFORE INTEREST & DEPR** | | | | | | |
| **INCOME & EXPENSE** | **<258,096.12>** | **<385,338.83>** | **127,242.71** | **<1,454,571.95>** | **<1,417,546.61>** | **<37,025.34>** |
| **Interest Expense** | | | | | | |
| Int Exp-1st Mort Payable | .00 | .00 | .00 | 536,999.99 | 536,999.99 | .00 |
| **Interest Expense** | **.00** | **.00** | **.00** | **536,999.99** | **536,999.99** | **.00** |
| **Depreciation** | | | | | | |
| Deprec Exp-Building | .00 | .00 | .00 | 43,468.53 (1) | 43,468.53 | .00 |
| Deprec Exp-Bldg Improve | 14,674.69 | 14,594.49 | <80.20> | 117,420.11 | 117,070.86 | <349.25> |
| Deprec Exp-Land Improve | 8,142.90 | 8,142.90 | .00 | 89,571.90 (2) | 89,571.90 | .00 |
| Deprec Exp-FF&E | 1,696.47 | 1,696.47 | .00 | 18,661.17 | 18,661.17 | .00 |
| Deprec Exp-Tenant Imp Init | 59,364.51 | 66,538.00 | 7,173.49 | 709,509.87 | 730,805.97 | 21,296.10 |
| Amort-Deferred Lease Cost | .00 | .00 | .00 | 4,751.43 | 4,751.43 | .00 |
| **Total Depreciation Expense** | **83,878.57** | **90,971.86** | **7,093.29** | **983,383.01** | **1,004,329.86** | **20,946.85** |
| **Amortization** | | | | | | |
| **Total Depr/Amort Expense** | **83,878.57** | **90,971.86** | **7,093.29** | **983,383.01** | **1,004,329.86** | **20,946.85** |
| **NET INCOME** | **<341,974.69>** | **<476,310.69>** | **134,336.00** | **<2,974,954.95>** | **<2,958,876.46>** | **<16,078.49>** |

Footnotes:
(1) Depreciation Expense - Building & Building Improvements:
Building Asset was not previously booked on the property's books and amounts being depreciated are related to Building Improvement asset based on previous classification by borrower. JLL was not able to obtain any additional information regarding these asset balances and therefore is unable to support the YTD depreciation expense at this time.
(2) Depreciation Expense - all other FXA accounts:
Depreciation expense was booked based on schedules obtained from borrower. JLL has reviewed the methods and is in agreement with borrower's methodology.

| 83500 | | | | PAGE 1 | | |
|---|---|---|---|---|---|---|
| CUSTOM | | Detail Income Statement | | DATE 12/05/11 | | |
| 18769IS | | | | TIME 15:47:34 | | |

## The Wharf Ferris Wheel
### For the Eleven Months Ending November 30, 2011

| Description | Cur Month Actual November | Cur Month Budget November | Favorable/ (Unfavor) Variance | YTD Actual November | YTD Budget November | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | |
| **RENTAL INCOME** | | | | | | |
| **TENANT REIMB INCOME** | | | | | | |
| Misc Operating Income | 129.16 | .00 | 129.16 | 1,403.04 | 1,183.75 | 219.29 |
| Merchandies Sales | .00 | .00 | .00 | 820.11 | 370.93 | 449.18 |
| Ferris Wheel Ticket Sales | 1,078.11 | 4,000.00 | <2,921.89> | 116,075.86 | 57,807.20 | 58,268.66 |
| **Total Miscellaneous Income** | 1,207.27 | 4,000.00 | <2,792.73> | 118,299.01 | 59,361.88 | 58,937.13 |
| **TOTAL INC FROM OPERATIONS** | 1,207.27 | 4,000.00 | <2,792.73> | 118,299.01 | 59,361.88 | 58,937.13 |
| **EXPENSES** | | | | | | |
| **REIMBURSED EXPENSES** | | | | | | |
| **Common Area Expenses** | | | | | | |
| R&M-HVAC Service | .00 | .00 | .00 | 385.00 | .00 | <385.00> |
| R&M-Equipment | .00 | .00 | .00 | 4,094.40 | .00 | <4,094.40> |
| R&M-Radio | .00 | .00 | .00 | 346.50 | .00 | <346.50> |
| R&M-Misc | .00 | 2,000.00 | 2,000.00 | 8,391.00 | 8,000.00 | <391.00> |
| **Total R&M Exp** | .00 | 2,000.00 | 2,000.00 | 13,216.90 | 8,000.00 | <5,216.90> |
| R&M-Other Services | .00 | .00 | .00 | 260.51 | 260.51 | .00 |
| **Total Janitorial** | .00 | .00 | .00 | 260.51 | 260.51 | .00 |
| Utilities-Electricity | 321.00 | .00 | <321.00> | 1,525.00 | .00 | <1,525.00> |
| Utilities-Sewer | .00 | .00 | .00 | 28.00 | 28.00 | .00 |
| **Total Utilities** | 321.00 | .00 | <321.00> | 1,553.00 | 28.00 | <1,525.00> |
| Direct Costs Subcontract | .00 | .00 | .00 | 18,522.91 | 18,522.91 | .00 |
| Merchant Fees | .00 | .00 | .00 | 725.88 | 725.88 | .00 |
| LOGO Merchandies COG | .00 | .00 | .00 | 215.93 | 215.93 | .00 |
| **Total Other Common Area** | .00 | .00 | .00 | 19,464.72 | 19,464.72 | .00 |
| Admin-Other Tax & lic Fee | .00 | .00 | .00 | 174.51 | 174.51 | .00 |
| **Total Administration** | .00 | .00 | .00 | 174.51 | 174.51 | .00 |
| **TOTAL COMMON AREA EXP** | 321.00 | 2,000.00 | 1,679.00 | 34,669.64 | 27,927.74 | <6,741.90> |
| Real Estate Tax Expense | 108.24 | .00 | <108.24> | 865.92 | 108.24 | <757.68> |
| **Sale of Utilities** | | | | | | |
| Insurance-General Liab | 1,065.10 | .00 | <1,065.10> | 11,467.82 | 16,048.51 | 4,580.69 |
| Other Insurance | .00 | .00 | .00 | .02 | .02 | .00 |
| **Total Other Reimb Expenses** | 1,065.10 | .00 | <1,065.10> | 11,467.84 | 16,048.53 | 4,580.69 |
| **TOTAL REIMB EXPENSES** | 1,494.34 | 2,000.00 | 505.66 | 47,003.40 | 44,084.51 | <2,918.89> |
| **OWNERS EXPENSES** | | | | | | |
| **Professional Fees** | | | | | | |
| **Marketing Expenses** | | | | | | |
| **Administrative** | | | | | | |

```
83500                                                              PAGE    2
CUSTOM                    Detail Income Statement                  DATE    12/05/11
18769IS                                                            TIME    15:47:34
```

## The Wharf Ferris Wheel
### For the Eleven Months Ending November 30, 2011

| Description | Cur Month Actual November | Cur Month Budget November | Favorable/ (Unfavor) Variance | YTD Actual November | YTD Budget November | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| General Marketing | | | | | | |
| Advertising | | | | | | |
| Miscellaneous Expenses | | | | | | |
| Owner's R&M | | | | | | |
| Non-Recoverable Rep&Maint | .00 | .00 | .00 | 355.50 | .00 | <355.50> |
| Owner's R&M-Equipment | .00 | .00 | .00 | 361.29 | 361.29 | .00 |
| Owner's R&M-Misc | .00 | .00 | .00 | 500.50 | 500.50 | .00 |
| Non-Recoverable Admin Exp | .00 | .00 | .00 | 889.39 | 889.39 | .00 |
| Owner's Utilities | | | | | | |
| Owner's Util-Electric | .00 | .00 | .00 | 1,030.00 | 1,030.00 | .00 |
| Owner's Util-Sewer | .00 | .00 | .00 | 56.84 | 56.84 | .00 |
| Other Owner's Expenses | | | | | | |
| Owner's Adm-Equipment | .00 | .00 | .00 | 150.00 | 150.00 | .00 |
| Owner's Adm-Office Exp | .00 | .00 | .00 | 460.37 | 460.37 | .00 |
| Owner's Adm-Telephone | .00 | .00 | .00 | 216.18 | 216.18 | .00 |
| Owner's Adm-Misc | 30.84 | 1,000.00 | 969.16 | 952.93 | 7,423.59 | 6,470.66 |
| **Total Owners Operation Exp** | 30.84 | 1,000.00 | 969.16 | 4,973.00 | 11,088.16 | 6,115.16 |
| Owner's Misc. Expenses | | | | | | |
| Personal Property Tax | .00 | .00 | .00 | 2,080.00 | 2,080.00 | .00 |
| **Total Owner's Misc Expense** | .00 | .00 | .00 | 2,080.00 | 2,080.00 | .00 |
| **Total Owner's Expenses** | 30.84 | 1,000.00 | 969.16 | 7,053.00 | 13,168.16 | 6,115.16 |
| **TOTAL OPERATING EXPENSES** | 1,525.18 | 3,000.00 | 1,474.82 | 54,056.40 | 57,252.67 | 3,196.27 |
| NET OPERATING INCOME | | | | | | |
| BEFORE INTEREST & DEPR | | | | | | |
| INCOME & EXPENSE | <317.91> | 1,000.00 | <1,317.91> | 64,242.61 | 2,109.21 | 62,133.40 |
| Realized Gain/Loss on R/E | | | | | | |
| Depc Exp-Ferris Wheel | 20,806.77 | 20,806.77 | .00 | 228,874.47 | 228,874.47 | .00 |
| Discounts Earned | .00 | .00 | .00 | <43.76> | <43.76> | .00 |
| **NET INCOME** | <21,124.68> | <19,806.77> | <1,317.91> | <164,588.10> | <226,721.50> | 62,133.40 |