

**JONES LANG**
**LASALLE.**

Jones Lang LaSalle Americas, Retail
Retail
3344 Peachtree Road, Suite 1200, Atlanta, GA  30326
tel +1 404 995 2100  fax +1 404 233 0817

January 5, 2012

Charles R. Diard Jr.
District Court Clerk
US District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

Re:  Case No. 11-00126-CG

Dear Clerk of Court:

Pursuant to the Court Order of the District Court for the Southern District of Alabama, Southern Division, entered on April 11, 2011 ("Receiver Order"), Greg Maloney, as Receiver, hereby submits his final report with respect to the receivership of the Property, as defined in the Receivership Order.

The undersigned Receiver hereby declares under penalty of perjury that the information set forth in the attached report is true and correct to the best of his knowledge, information and belief.

Please cause the aforementioned to be filed with the Court's records.

If you have any questions, or any problems with filing the aforementioned document, please call me directly at (404) 995-6492. Your assistance is greatly appreciated.

Respectfully submitted,

*[signature]*

Gregory T. Maloney, solely in his capacity as Receiver for certain property of AIG Baker Orange Beach Wharf, L.L.C appointed by Order of the United States District Court for the Southern District of Alabama Southern Division

Enclosure

Ms. Brown
District Clerk
January 5, 2012
Page 2

cc:  Sandy G. Robinson
CABANISS, JOHNSTON, GARDNER,
DUMAS & O'NEAL LLP
P. O. Box 2906
Mobile, AL  36652
Direct Dial:  (251) 415-7308

Amy McMullen
AIG Baker
1701 Lee Branch Lane
Birmingham, AL 35242
205-972-9669

```
83500                                                                    PAGE   1
CUSTOM                        Detail Income Statement                    DATE   01/05/12
18768                                                                    TIME   16:41:24
```

## The Wharf
### For the Twelve Months Ending December 30, 2011

| Description | Cur Month Actual December | Cur Month Budget December | Favorable/ (Unfavor) Variance | YTD Actual December | YTD Budget December | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| **INCOME:** | | | | | | |
| **RENTAL INCOME** | | | | | | |
| Minimum Rent | <4,760.00> | 210,022.47 | <214,782.47> | 2,518,407.53 | 2,769,500.45 | <251,092.92> |
| Percentage Rent | .00 | .00 | .00 | <37,808.40> | <37,808.40> | .00 |
| **TOTAL RENTAL INCOME** | <4,760.00> | 210,022.47 | <214,782.47> | 2,480,599.13 | 2,731,692.05 | <251,092.92> |
| **TENANT REIMB INCOME** | | | | | | |
| CAM Income | <731.50> | 23,133.32 | <23,864.82> | 364,963.41 | 419,929.90 | <54,966.49> |
| Water/Sewer Inc | <56.00> | 5,596.00 | <5,652.00> | 38,444.00 | 46,896.00 | <8,452.00> |
| Real Estate Taxes Reimb | <288.16> | 21,508.06 | <21,796.22> | 154,772.15 | 251,226.92 | <96,454.77> |
| Insurance Reimb Income | <277.09> | 40,249.59 | <40,526.68> | 150,271.54 | 411,864.59 | <261,593.05> |
| **TOTAL TEN REIMB INCOME** | <1,352.75> | 90,486.97 | <91,839.72> | 708,451.10 | 1,129,917.41 | <421,466.31> |
| **OTHER INCOME** | | | | | | |
| Specialty Leasing | .00 | .00 | .00 | 10,499.49 | .00 | 10,499.49 |
| Misc Operating Income | .00 | .00 | .00 | 15,476.98 | .00 | 15,476.98 |
| Misc NonOper Income | .00 | .00 | .00 | 329.28 | 329.28 | .00 |
| Prior Yr Income Adj | .00 | .00 | .00 | 1,040.84 | 1,040.84 | .00 |
| **TOTAL OTHER INCOME** | .00 | .00 | .00 | 27,346.59 | 1,370.12 | 25,976.47 |
| **TOTAL INC FROM OPERATIONS** | <6,112.75> | 300,509.44 | <306,622.19> | 3,216,396.82 | 3,862,979.58 | <646,582.76> |
| **EXPENSES** | | | | | | |
| **REIMBURSED EXPENSES** | | | | | | |
| **Common Area Expenses** | | | | | | |
| R&M-Travel Costs | .00 | .00 | .00 | 124.95 | 124.95 | .00 |
| R&M-Fire Supp/Sprinkler | .00 | .00 | .00 | 2,077.00 | 580.00 | <1,497.00> |
| R&M-Plumbing | .00 | .00 | .00 | 3,147.60 | .00 | <3,147.60> |
| R&M-Other Services | .00 | .00 | .00 | 2,473.31 | 2,473.31 | .00 |
| R&M-Supplies | .00 | 300.00 | 300.00 | 3,768.56 | 2,417.26 | <1,351.30> |
| R&M-Small Equipment | .00 | .00 | .00 | 300.00 | .00 | <300.00> |
| R&M-Maintenance Supplies | .00 | .00 | .00 | 2,057.50 | .00 | <2,057.50> |
| R&M-Electrical Supplies | .00 | 150.00 | 150.00 | 182.00 | 1,200.00 | 1,018.00 |
| R&M-Plumbing Supplies | .00 | 150.00 | 150.00 | .00 | 1,200.00 | 1,200.00 |
| R&M-Contracted Services | .00 | .00 | .00 | 16,519.17 | 17,719.17 | 1,200.00 |
| R&M-Trash Removal | .00 | 5,000.00 | 5,000.00 | 68,407.87 | 63,733.01 | <4,674.86> |
| R&M-Elevator & Escalator | .00 | .00 | .00 | 54,801.85 | 63,739.42 | 8,937.57 |
| R&M-Roof | .00 | .00 | .00 | .00 | 4,000.00 | 4,000.00 |
| R&M-Plumbing | .00 | .00 | .00 | .00 | 1,000.00 | 1,000.00 |
| R&M-Electric | .00 | .00 | .00 | 25,250.51 | 2,000.00 | <23,250.51> |
| R&M-Parking lights | .00 | .00 | .00 | .00 | 2,250.00 | 2,250.00 |
| R&M-Parking Lot | .00 | .00 | .00 | .00 | 2,000.00 | 2,000.00 |

```
83500                                                              PAGE    2
CUSTOM                      Detail Income Statement               DATE  01/05/12
18768                                                             TIME  16:41:24
```

**The Wharf**
**For the Twelve Months Ending December 30, 2011**

| Description | Cur Month Actual December | Cur Month Budget December | Favorable/ (Unfavor) Variance | YTD Actual December | YTD Budget December | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| R&M-Building | .00 | 500.00 | 500.00 | .00 | 4,000.00 | 4,000.00 |
| R&M-Sidewalks & Curbs | .00 | 200.00 | 200.00 | .00 | 1,600.00 | 1,600.00 |
| Clean-Pest Control | 1,040.00 | 250.00 | <790.00> | 3,420.00 | 2,000.00 | <1,420.00> |
| Janitorial | .00 | .00 | .00 | 557.54 | .00 | <557.54> |
| Janitorial-Supplies | .00 | .00 | .00 | 1,292.66 | .00 | <1,292.66> |
| R&M-Pay/Wages | 3,779.36 | 16,807.00 | 13,027.64 | 128,347.27 | 142,488.47 | 14,141.20 |
| R&M-Contracted Services | .00 | .00 | .00 | 1,200.00 | .00 | <1,200.00> |
| R&M-Cleaning | 1,348.52 | 1,000.00 | <348.52> | 16,484.14 | 20,500.00 | 4,015.86 |
| R&M-Sweeping | .00 | 500.00 | 500.00 | 10,920.00 | 10,210.00 | <710.00> |
| Utilities-Electricity | 22.19 | 10,598.00 | 10,575.81 | 151,372.68 | 139,323.61 | <12,049.07> |
| Utilities-Gas | 7.26 | .00 | <7.26> | 438.13 | 55.34 | <382.79> |
| Utilities-Water & Sewer | 370.67 | 7,000.00 | 6,629.33 | 357,017.57 | 104,411.97 | <252,605.60> |
| Utilities-Sewer | .00 | .00 | .00 | 891.00 | 891.00 | .00 |
| Utilities-Fire | .00 | 260.00 | 260.00 | 1,005.00 | 3,085.00 | 2,080.00 |
| Landscape-Contr Services | .00 | 4,249.00 | 4,249.00 | 28,590.00 | 46,292.00 | 17,702.00 |
| Landscape-Supplies | .00 | .00 | .00 | 1,848.00 | 4,000.00 | 2,152.00 |
| Landscape-Misc | .00 | .00 | .00 | 5,798.29 | .00 | <5,798.29> |
| Security-Pay/Wages Ext | .00 | .00 | .00 | 296.13 | 296.13 | .00 |
| Security-Contract Serv Ext | .00 | 7,744.00 | 7,744.00 | 118,994.13 | 87,700.31 | <31,293.82> |
| Security-Supplies Ext | .00 | .00 | .00 | 1,478.44 | .00 | <1,478.44> |
| Admin-Office Expenses | .00 | .00 | .00 | 2,886.22 | .00 | <2,886.22> |
| Admin-Music/Communication | 220.54 | .00 | <220.54> | 1,649.42 | .00 | <1,649.42> |
| Admin-Equipment | .00 | .00 | .00 | 1,327.95 | 216.45 | <1,111.50> |
| Admin-Mgmt Expenses | 304.73 | .00 | <304.73> | 1,501.97 | .00 | <1,501.97> |
| Admin-Telephone | .00 | 200.00 | 200.00 | 4,085.38 | 3,425.86 | <659.52> |
| Admin-Travel Costs | .00 | 500.00 | 500.00 | .00 | 4,000.00 | 4,000.00 |
| Admin-Dues, Memb & Subs | .00 | 100.00 | 100.00 | .00 | 800.00 | 800.00 |
| Admin-Postage | .00 | 125.00 | 125.00 | .00 | 1,000.00 | 1,000.00 |
| Admin-Music/Communication | 154.80 | .00 | <154.80> | 760.83 | 75.90 | <684.93> |

83500  
CUSTOM  
18768  

**Detail Income Statement**

PAGE 3  
DATE 01/05/12  
TIME 16:41:24  

## The Wharf
### For the Twelve Months Ending December 30, 2011

| Description | Cur Month Actual December | Cur Month Budget December | Favorable/ (Unfavor) Variance | YTD Actual December | YTD Budget December | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| **TOTAL CAM EXPENSES** | 7,248.07 | 55,633.00 | 48,384.93 | 1,021,273.07 | 740,809.16 | <280,463.91> |
| **Food Court Expenses** | | | | | | |
| **Office Bldg Cam Expenses** | | | | | | |
| Real Estate Tax Expense | .00 | .00 | .00 | 294,157.50 | 445,285.47 | 151,127.97 |
| **Sale of Utilities** | | | | | | |
| **Other Reimb. Expenses** | | | | | | |
| Insurance-General Liab | .00 | .00 | .00 | 24,694.26 | 39,690.75 | 14,996.49 |
| Insurance-Property | .00 | .00 | .00 | 547,111.51 | 747,665.06 | 200,553.55 |
| **Other Reimb Expenses** | .00 | .00 | .00 | 571,805.77 | 787,355.81 | 215,550.04 |
| **TOTAL REIMB EXPENSES** | 7,248.07 | 55,633.00 | 48,384.93 | 1,887,236.34 | 1,973,450.44 | 86,214.10 |
| **OWNERS EXPENSES** | | | | | | |
| Bad Debt Expense | <249.29> | 276,331.00 | 276,580.29 | 2,523,308.72 | 3,141,315.06 | 618,006.34 |
| Mgmt Fees - JLL | 15,034.47 | 9,000.00 | <6,034.47> | 181,863.09 | 89,688.77 | <92,174.32> |
| **Professional Fees** | | | | | | |
| Legal Fees-Other | .00 | .00 | .00 | 921.00 | 921.00 | .00 |
| Legal-Oth Fees Outs Counsel | .00 | .00 | .00 | 50,451.14 | .00 | <50,451.14> |
| Prof Fees-Other | .00 | 125.00 | 125.00 | 2,013.75 | 3,013.75 | 1,000.00 |
| **Professional Fees** | .00 | 125.00 | 125.00 | 53,385.89 | 3,934.75 | <49,451.14> |
| **Marketing Expenses** | | | | | | |
| **Administrative** | | | | | | |
| Marketing-Supplies | .00 | .00 | .00 | 4,016.75 | .00 | <4,016.75> |
| **General Marketing** | | | | | | |
| **Advertising** | | | | | | |
| Advertising-Special Event | .00 | .00 | .00 | 710.00 | 710.00 | .00 |
| **Total Property Mkt Expenses** | .00 | .00 | .00 | 4,726.75 | 710.00 | <4,016.75> |
| **Total Owner Mkt Expenses** | .00 | 750.00 | 750.00 | 50.00 | 6,000.00 | 5,950.00 |
| **Marketing Expenses** | .00 | 750.00 | 750.00 | 4,776.75 | 6,710.00 | 1,933.25 |
| **Miscellaneous Expenses** | | | | | | |
| **Owner's R&M** | | | | | | |
| Non-Recoverable Rep&Maint | .00 | .00 | .00 | 2,323.07 | 357.77 | <1,965.30> |
| Owner's R&M-Supplies | .00 | 100.00 | 100.00 | .00 | 800.00 | 800.00 |
| Owner's R&M-Office Supply | .00 | .00 | .00 | 3,218.81 | .00 | <3,218.81> |
| Owner's R&M-Misc | .00 | 125.00 | 125.00 | 711.50 | 1,129.32 | 417.82 |
| R&M-Signs | .00 | 100.00 | 100.00 | .00 | 800.00 | 800.00 |
| Owner's R&M-Roof | .00 | .00 | .00 | .00 | 2,000.00 | 2,000.00 |
| Owner's Adm-Pay/Benefits | .00 | .00 | .00 | 683.98 | 683.98 | .00 |

```
83500                                                          PAGE    4
CUSTOM                        Detail Income Statement          DATE  01/05/12
18768                                                          TIME  16:41:24
```

## The Wharf
### For the Twelve Months Ending December 30, 2011

| Description | Cur Month Actual December | Cur Month Budget December | Favorable/ (Unfavor) Variance | YTD Actual December | YTD Budget December | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| **Owner's Utilities** | | | | | | |
| Owner's Util-Electric | <24.49> | 2,000.00 | 2,024.49 | 1,976.42 | 16,150.00 | 14,173.58 |
| Owner's Util-HVAC | .00 | .00 | .00 | 715.00 | .00 | <715.00> |
| Owner's Util-Gas | .00 | .00 | .00 | 236.22 | 175.34 | <60.88> |
| Owner's Util-Water/Sewer | 3,880.00 | 100.00 | <3,780.00> | 3,894.64 | 800.00 | <3,094.64> |
| **Other Owner's Expenses** | | | | | | |
| Adm Other-Telephone | .00 | 300.00 | 300.00 | 1,639.35 | 3,996.39 | 2,357.04 |
| Adm Other-Service Charge | 97.85 | .00 | <97.85> | 1,137.20 | .00 | <1,137.20> |
| Owner's Adm-Equipment | .00 | .00 | .00 | 2,757.03 | 1,309.95 | <1,447.08> |
| Owner's Adm-Office Exp | .00 | .00 | .00 | 108.14 | <13.54> | <121.68> |
| Owner's Adm-Telephone | .00 | .00 | .00 | 18,005.54 | 8,025.72 | <9,979.82> |
| Owner's AdmPostage | .00 | 50.00 | 50.00 | 1,185.77 | 559.84 | <625.93> |
| Owner's AdmTravel Costs | .00 | .00 | .00 | 3,589.62 | 156.80 | <3,432.82> |
| Owner's Adm-Misc | .00 | 10,000.00 | 10,000.00 | 5,480.94 | 82,600.16 | 77,119.22 |
| **Owners Operation Exp** | 3,953.36 | 12,775.00 | 8,821.64 | 47,663.23 | 119,531.73 | 71,868.50 |
| **Owner's Misc Expenses** | | | | | | |
| Non-Recover-Misc-Prior Yr | .00 | .00 | .00 | <569.34> | .00 | 569.34 |
| **TOTAL OWNERS EXPENSE** | 18,738.54 | 298,981.00 | 280,242.46 | 2,810,428.34 | 3,361,180.31 | 550,751.97 |
| **TOTAL OPERATING EXPENSES** | 25,986.61 | 354,614.00 | 328,627.39 | 4,697,664.68 | 5,334,630.75 | 636,966.07 |
| **NET OPERATING INCOME** | | | | | | |
| **BEFORE INTEREST & DEPR** | | | | | | |
| **INCOME & EXPENSE** | <32,099.36> | <54,104.56> | 22,005.20 | <1,481,267.86> | <1,471,651.17> | <9,616.69> |
| **Interest Expense** | | | | | | |
| Int Exp-1st Mort Payable | .00 | .00 | .00 | 536,999.99 | 536,999.99 | .00 |
| **Interest Expense** | .00 | .00 | .00 | 536,999.99 | 536,999.99 | .00 |
| **Depreciation** | | | | | | |
| Deprec Exp-Building | .00 | .00 | .00 | 43,468.53 (1) | 43,468.53 | .00 |
| Deprec Exp-Bldg Improve | .00 | 14,594.49 | 14,594.49 | 117,420.11 | 131,665.35 | 14,245.24 |
| Deprec Exp-Land Improve | .00 | 8,142.90 | 8,142.90 | 89,571.90 | 97,714.80 | 8,142.90 |
| Deprec Exp-FF&E | .00 | 1,696.47 | 1,696.47 | 18,661.17 (2) | 20,357.64 | 1,696.47 |
| Deprec Exp-Tenant Imp Init | .00 | 66,538.00 | 66,538.00 | 709,509.87 | 797,343.97 | 87,834.10 |
| Amort-Deferred Lease Cost | .00 | .00 | .00 | 4,751.43 | 4,751.43 | .00 |
| **Total Depreciation Expense** | .00 | 90,971.86 | 90,971.86 | 983,383.01 | 1,095,301.72 | 111,918.71 |
| **Amortization** | | | | | | |
| **Total Depr/Amort Expense** | .00 | 90,971.86 | 90,971.86 | 983,383.01 | 1,095,301.72 | 111,918.71 |
| **NET INCOME** | <32,099.36> | <145,076.42> | 112,977.06 | <3,001,650.86> | <3,103,952.88> | 102,302.02 |

Footnotes:
(1) Depreciation Expense - Building & Building Improvements:
Building Asset was not previously booked on the property's books and amounts being depreciated are related to Building Improvement asset based on previous classification by borrower. JLL was not able to obtain any additional information regarding these asset balances and therefore is unable to support the YTD depreciation expense at this time.
(2) Depreciation Expense - all other FXA accounts:
Depreciation expense was booked based on schedules obtained from borrower. JLL has reviewed the methods and is in agreement with borrower's methodology.

```
83500                                                                    PAGE    1
CUSTOM                      Detail Income Statement                      DATE    01/04/12
18769IS                                                                  TIME    22:37:20
```

## The Wharf Ferris Wheel
### For the Twelve Months Ending December 30, 2011

| Description | Cur Month Actual December | Cur Month Budget December | Favorable/ (Unfavor) Variance | YTD Actual December | YTD Budget December | Favorable/ (Unfavor) Variance |
|---|---:|---:|---:|---:|---:|---:|
| **INCOME:** | | | | | | |
| **RENTAL INCOME** | | | | | | |
| **TENANT REIMB INCOME** | | | | | | |
| Misc Operating Income | 48.45 | .00 | 48.45 | 1,451.49 | 1,183.75 | 267.74 |
| Merchandies Sales | .00 | .00 | .00 | 820.11 | 370.93 | 449.18 |
| Ferris Wheel Ticket Sales | .00 | 4,000.00 | <4,000.00> | 116,075.86 | 61,807.20 | 54,268.66 |
| **Total Miscellaneous Income** | 48.45 | 4,000.00 | <3,951.55> | 118,347.46 | 63,361.88 | 54,985.58 |
| **TOTAL INC FROM OPERATIONS** | 48.45 | 4,000.00 | <3,951.55> | 118,347.46 | 63,361.88 | 54,985.58 |
| **EXPENSES** | | | | | | |
| **REIMBURSED EXPENSES** | | | | | | |
| **Common Area Expenses** | | | | | | |
| R&M-HVAC Service | .00 | .00 | .00 | 385.00 | .00 | <385.00> |
| R&M-Equipment | .00 | .00 | .00 | 4,094.40 | .00 | <4,094.40> |
| R&M-Radio | .00 | .00 | .00 | 346.50 | .00 | <346.50> |
| R&M-Misc | .00 | .00 | .00 | 8,391.00 | 8,000.00 | <391.00> |
| **Total R&M Exp** | .00 | .00 | .00 | 13,216.90 | 8,000.00 | <5,216.90> |
| R&M-Other Services | .00 | .00 | .00 | 260.51 | 260.51 | .00 |
| **Total Janitorial** | .00 | .00 | .00 | 260.51 | 260.51 | .00 |
| Utilities-Electricity | 111.17 | .00 | <111.17> | 1,636.17 | .00 | <1,636.17> |
| Utilities-Sewer | .00 | .00 | .00 | 28.00 | 28.00 | .00 |
| **Total Utilities** | 111.17 | .00 | <111.17> | 1,664.17 | 28.00 | <1,636.17> |
| Direct Costs Subcontract | .00 | .00 | .00 | 18,522.91 | 18,522.91 | .00 |
| Merchant Fees | .00 | .00 | .00 | 725.88 | 725.88 | .00 |
| LOGO Merchandies COG | .00 | .00 | .00 | 215.93 | 215.93 | .00 |
| **Total Other Common Area** | .00 | .00 | .00 | 19,464.72 | 19,464.72 | .00 |
| Admin-Other Tax & lic Fee | .00 | .00 | .00 | 174.51 | 174.51 | .00 |
| **Total Administration** | .00 | .00 | .00 | 174.51 | 174.51 | .00 |
| **TOTAL COMMON AREA EXP** | 111.17 | .00 | <111.17> | 34,780.81 | 27,927.74 | <6,853.07> |
| Real Estate Tax Expense | .00 | .00 | .00 | 865.92 | 108.24 | <757.68> |
| **Sale of Utilities** | | | | | | |
| Insurance-General Liab | .00 | .00 | .00 | 11,467.82 | 16,048.51 | 4,580.69 |
| Other Insurance | .00 | .00 | .00 | .02 | .02 | .00 |
| **Total Other Reimb Expenses** | .00 | .00 | .00 | 11,467.84 | 16,048.53 | 4,580.69 |
| **TOTAL REIMB EXPENSES** | 111.17 | .00 | <111.17> | 47,114.57 | 44,084.51 | <3,030.06> |
| **OWNERS EXPENSES** | | | | | | |
| **Professional Fees** | | | | | | |
| **Marketing Expenses** | | | | | | |
| **Administrative** | | | | | | |

```
83500                                                           PAGE    2
CUSTOM                     Detail Income Statement              DATE   01/04/12
18769IS                                                         TIME   22:37:20
```

## The Wharf Ferris Wheel
### For the Twelve Months Ending December 30, 2011

| Description | Cur Month Actual December | Cur Month Budget December | Favorable/ (Unfavor) Variance | YTD Actual December | YTD Budget December | Favorable/ (Unfavor) Variance |
|---|---|---|---|---|---|---|
| **General Marketing** | | | | | | |
| **Advertising** | | | | | | |
| **Miscellaneous Expenses** | | | | | | |
| **Owner's R&M** | | | | | | |
| Non-Recoverable Rep&Maint | .00 | .00 | .00 | 355.50 | .00 | <355.50> |
| Owner's R&M-Equipment | .00 | .00 | .00 | 361.29 | 361.29 | .00 |
| Owner's R&M-Misc | .00 | .00 | .00 | 500.50 | 500.50 | .00 |
| Non-Recoverable Admin Exp | .00 | .00 | .00 | 889.39 | 889.39 | .00 |
| **Owner's Utilities** | | | | | | |
| Owner's Util-Electric | .00 | .00 | .00 | 1,030.00 | 1,030.00 | .00 |
| Owner's Util-Sewer | .00 | .00 | .00 | 56.84 | 56.84 | .00 |
| **Other Owner's Expenses** | | | | | | |
| Owner's Adm-Equipment | .00 | .00 | .00 | 150.00 | 150.00 | .00 |
| Owner's Adm-Office Exp | .00 | .00 | .00 | 460.37 | 460.37 | .00 |
| Owner's Adm-Telephone | .00 | .00 | .00 | 216.18 | 216.18 | .00 |
| Owner's Adm-Misc | 60.00 | 1,000.00 | 940.00 | 1,012.93 | 8,423.59 | 7,410.66 |
| **Total Owners Operation Exp** | 60.00 | 1,000.00 | 940.00 | 5,033.00 | 12,088.16 | 7,055.16 |
| **Owner's Misc. Expenses** | | | | | | |
| Personal Property Tax | .00 | .00 | .00 | 2,080.00 | 2,080.00 | .00 |
| **Total Owner's Misc Expense** | .00 | .00 | .00 | 2,080.00 | 2,080.00 | .00 |
| **Total Owner's Expenses** | 60.00 | 1,000.00 | 940.00 | 7,113.00 | 14,168.16 | 7,055.16 |
| **TOTAL OPERATING EXPENSES** | 171.17 | 1,000.00 | 828.83 | 54,227.57 | 58,252.67 | 4,025.10 |
| **NET OPERATING INCOME** | | | | | | |
| **BEFORE INTEREST & DEPR** | | | | | | |
| **INCOME & EXPENSE** | <122.72> | 3,000.00 | <3,122.72> | 64,119.89 | 5,109.21 | 59,010.68 |
| **Realized Gain/Loss on R/E** | | | | | | |
| Depc Exp-Ferris Wheel | .00 | 20,806.77 | 20,806.77 | 228,874.47 | 249,681.24 | 20,806.77 |
| Discounts Earned | .00 | .00 | .00 | <43.76> | <43.76> | .00 |
| **NET INCOME** | <122.72> | <17,806.77> | 17,684.05 | <164,710.82> | <244,528.27> | 79,817.45 |