IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. CV-2011-00126 |
| AIG BAKER ORANGE BEACH WHARF, L.L.C., | ) |
| Defendant. | ) |

MOTION TO DISCHARGE RECEIVER AND CLOSE RECEIVERSHIP

Receiver Gregory T. Maloney, solely in his capacity as Receiver for the property of AIG Baker Orange Beach Wharf, L.L.C., moves the Court to discharge him from his responsibilities as receiver as appointed in this action and to close this receivership case. As grounds, receiver Gregory T. Maloney shows:

1. The receiver sold the Wharf property which was the subject of the receivership on November 29, 2011 for the price of $10 million as previously approved by the Court.

2. All the sale proceeds have been disbursed.

3. The receiver has submitted his final accounting.

4. There is no additional receivership property to administer and the receivership is ready to be closed.

s/Henry Callaway
HENRY A. CALLAWAY (CALLH4748)
Attorney for Receiver Gregory T. Maloney, solely in his capacity as Receiver for the property of AIG Baker Orange Beach Wharf, L.L.C., as appointed by Order of the United States District Court for the Southern District of Alabama, dated April 11, 2011

OF COUNSEL:

HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama  36601
Phone:  (251) 694-6224
Fax:  (251) 694-6375

CERTIFICATE OF SERVICE

     I do hereby certify that I have served a copy of the foregoing pleading upon counsel by electronic service on this 17th day of January, 2012.

                                          s/Henry Callaway

1376601_1