IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-00126-CG |
| AIG BAKER ORANGE BEACH WHARF, L.L.C., | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the motion of the Receiver to discharge him and to close the receivership. (Doc. 34).

Having considered the motion and the premises therefor, the motion is **GRANTED**. Receiver Gregory T. Maloney as Receiver for the property of AIG Baker Orange Beach Wharf, L.L.C., is hereby discharged as receiver and this receivership is closed.

**DONE** and **ORDERED** this 17th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE